CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
BRETT A. SHUMATE
Deputy Assistant Attorney General
JENNIFER D. RICKETTS
Branch Director
JOHN R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN M. NIELSEN, in her official capacity as the Secretary of Homeland Security,<br><br>Defendants. | No. 3:17-cv-05211-WHA<br><br>**NOTICE OF APPEAL**<br><br>Judge:  Honorable William Alsup |

**NOTICE OF APPEAL**
**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>          Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>          Defendants. | No. 3:17-cv-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>          Defendants. | No. 3:17-cv-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity | No. 3:17-cv-05380-WHA |

**NOTICE OF APPEAL**
**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

| | |
|---|---|
| as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security,<br><br>  Defendants. | |
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; JEFFERSON BEAUREGARD SESSIONS, Attorney General of the United States, in his official capacity; KIRSTJEN M. NIELSEN, Secretary of Homeland Security, in her official capacity; and the U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendants. | No. 3:17-cv-05813-WHA |

**NOTICE OF APPEAL**
**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants in the above-captioned matters hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's January 9, 2018 Order Denying FRCP 12(b)(1) Dismissal and Granting Provisional Relief[1] and this Court's January 12, 2018 Order Granting in Part Defendants' Motion to Dismiss Under FRCP 12(b)(6).[2] Those Orders are docketed in each of these five cases as follows:

- *Regents of the University of California, et al. v. United States Department of Homeland Security, et al.*, No. 3:17-cv-05211-WHA, ECF Nos. 234, 239.
- *State of California, et al. v. U.S. Department of Homeland Security, et al.*, No. 3:17-cv-05235-WHA, ECF Nos. 83, 88.
- *City of San Jose v. Donald J. Trump, et al.*, No. 3:17-cv-05329-WHA, ECF Nos. 66, 71.
- *Dulce Garcia, et al. v. United States of America, et al.*, No. 3:17-cv-05380-WHA, ECF Nos. 60, 65.
- *County of Santa Clara, et al. v. Donald J. Trump, et al.*, No. 3:17-cv-05813-WHA, ECF Nos. 48, 53.

This appeal includes all prior orders and decisions that merge into the Court's January 9, 2018 and January 12, 2018 Orders.

---

[1] While the January 9, 2018 Order is immediately appealable to the extent it grants provisional relief, all Defendants are also appealing the Order to the extent it denies Defendants' motion to dismiss. That aspect of the appeal is being taken pursuant to 28 U.S.C. § 1292(b).

[2] The January 12, 2018 Order is being appealed pursuant to 28 U.S.C. § 1292(b).

**NOTICE OF APPEAL**
**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

| | |
|---|---|
| Dated: January 16, 2018 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| | ALEX G. TSE<br>Acting United States Attorney |
| | BRETT A. SHUMATE<br>Deputy Assistant Attorney General |
| | JENNIFER D. RICKETTS<br>Branch Director |
| | JOHN R. TYLER<br>Assistant Branch Director |
| | */s/ Brad P. Rosenberg*<br>BRAD P. ROSENBERG (DC Bar #467513)<br>Senior Trial Counsel |
| | STEPHEN M. PEZZI (DC Bar #995500)<br>KATE BAILEY (MD Bar #1601270001)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, DC  20530<br>Phone: (202) 514-3374<br>Fax: (202) 616-8460<br>Email: brad.rosenberg@usdoj.gov |
| | *Attorneys for Defendants* |

**NOTICE OF APPEAL**
**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**