UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,<br><br>        Plaintiffs-Respondents,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants-Petitioners. | No.   18-80004<br><br>D.C. Nos.   3:17-cv-05211-WHA<br>                  3:17-cv-05235-WHA<br>                  3:17-cv-05329-WHA<br>                  3:17-cv-05380-WHA<br>                  3:17-cv-05813-WHA<br>Northern District of California, San Francisco<br><br>ORDER |

Before: PAEZ and BEA, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

SLL/MOATT