# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 19, 2018

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re:  Department of Homeland Security, et al.
            v. Regents of the University of California, et al.
            No. 17-1003
            (Your No. 18-80004)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on January 18, 2018 and placed on the docket January 19, 2018 as No. 17-1003.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Jacob C. Travers
                              Case Analyst