1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   THE REGENTS OF THE UNIVERSITY OF
     CALIFORNIA and JANET NAPOLITANO,
12   in her official capacity as President of the        No. C 17-05211 WHA
     University of California,                            No. C 17-05235 WHA
13                                                        No. C 17-05329 WHA
                  Plaintiffs,                             No. C 17-05380 WHA
14                                                        No. C 17-05813 WHA
       v.
15
     UNITED STATES DEPARTMENT OF                          **ORDER RE DEADLINE FOR**
16   HOMELAND SECURITY and KIRSTJEN                       **PLAINTIFFS TO MOVE FOR**
     NIELSEN, in her official capacity as Secretary      **LEAVE TO FILE AMENDED**
17   of the Department of Homeland Security,              **COMPLAINTS**
18                Defendants.
19   _____/
20          Because of the pendency of appellate review over the government's threshold
21   jurisdictional arguments, this order postpones plaintiffs' deadline to move for leave to file
22   amended complaint(s) until **TWENTY-ONE CALENDAR DAYS** after any final appellate ruling that
23   the agency action is reviewable.
24
25          **IT IS SO ORDERED.**
26
27   Dated: March 8, 2018.
28                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE